AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

 ORIGINAL

TRUCKNOLOGY, INC.

**SUMMONS IN A CIVIL CASE**

V.

ON THE MOVE, INC.

CASE NUMBER: 08 CIV 6108

TO: (Name and address of defendant)

ON THE MOVE, INC., 2885 1H 10 West, Boerne, Texas 78006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WHITE, CIRRITO & NALLY, LLP
58 Hilton Avenue
Hempstead, NY 11550

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL McMAHON

DATE  JUL 03 2008

(BY) DEPUTY CLERK

WHITE, CIRRITO & NALLY, LLP
Michael L. Cirrito, Esq. (9053)
info@whiteandcirrito.com
58 Hilton Avenue
Hempstead, New York 11550
(516) 292-1818





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUCKNOLOGY, INC.,

        v.

ON THE MOVE, INC.,
----------------------------------------------------------X

**COMPLAINT**

**Jury Demanded**

    Plaintiff, TRUCKNOLOGY, INC. ("TRUCKNOLOGY"), by and through its attorneys, WHITE, CIRRITO & NALLY, LLP, as and for its Complaint against Defendant ON THE MOVE, INC. ("OTM"), alleges as follows:

### THE PARTIES

1.    The Plaintiff, TRUCKNOLOGY, is a New York Corporation with its principal place of business located at 1130 Zerega Avenue, Bronx, New York 10462.

2.    Upon information and belief, the Defendant OTM is a Michigan Corporation with its principal place of business located at 28825 IH 10 West, Boerne, Texas 78006.

### JURISDICTION and VENUE

3.    This Court has jurisdiction over this action by virtue of 28 USC §1332(a) because the parties are citizens of different States and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

4.    Venue is proper in this District under 28 USC §1391(a) because TRUCKNOLOGY has its principal place of business in this District.

JS 44C/SDNY
REV. 1/2008

CIVIL COVER SHEET

08 CV 6108

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

JUL 03 2008

| PLAINTIFFS | DEFENDANTS |
|---|---|
| TRUCKNOLOGY, INC. | ON THE MOVE, INC. |

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WHITE, CIRRITO & NALLY, LLP
58 Hilton Avenue
Hempstead, NY 11550 (516) 292-1818

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC Section 1332, diversity, fraud and breach of contract

Has this or a similar case been previously filed in SDNY at any time? No [x]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case Vol.[ ]  Invol.[ ]  Dismissed.  No[ ]  Yes[ ]  If yes, give date _____  & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)      NATURE OF SUIT

TORTS                                    ACTIONS UNDER STATUTES

CONTRACT
[ ]110 INSURANCE
[ ]120 MARINE
[ ]130 MILLER ACT
[ ]140 NEGOTIABLE INSTRUMENT
[ ]150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ]151 MEDICARE ACT
[ ]152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ]153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ]160 STOCKHOLDERS SUITS
[x]190 OTHER CONTRACT
[ ]195 CONTRACT PRODUCT LIABILITY
[ ]196 FRANCHISE

REAL PROPERTY
[ ]210 LAND CONDEMNATION
[ ]220 FORECLOSURE
[ ]230 RENT LEASE & EJECTMENT
[ ]240 TORTS TO LAND
[ ]245 TORT PRODUCT LIABILITY
[ ]290 ALL OTHER REAL PROPERTY

PERSONAL INJURY
[ ]310 AIRPLANE
[ ]315 AIRPLANE PRODUCT LIABILITY
[ ]320 ASSAULT, LIBEL & SLANDER
[ ]330 FEDERAL EMPLOYERS' LIABILITY
[ ]340 MARINE
[ ]345 MARINE PRODUCT LIABILITY
[ ]350 MOTOR VEHICLE
[ ]355 MOTOR VEHICLE PRODUCT LIABILITY
[ ]360 OTHER PERSONAL INJURY

ACTIONS UNDER STATUTES

CIVIL RIGHTS
[ ]441 VOTING
[ ]442 EMPLOYMENT
[ ]443 HOUSING/ ACCOMMODATIONS
[ ]444 WELFARE
[ ]445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ]446 AMERICANS WITH DISABILITIES -OTHER
[ ]440 OTHER CIVIL RIGHTS

PERSONAL INJURY
[ ]362 PERSONAL INJURY MED MALPRACTICE
[ ]365 PERSONAL INJURY PRODUCT LIABILITY
[ ]368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

PERSONAL PROPERTY
[ ]370 OTHER FRAUD
[ ]371 TRUTH IN LENDING
[ ]380 OTHER PERSONAL PROPERTY DAMAGE
[ ]385 PROPERTY DAMAGE PRODUCT LIABILITY

PRISONER PETITIONS
[ ]510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ]530 HABEAS CORPUS
[ ]535 DEATH PENALTY
[ ]540 MANDAMUS & OTHER
[ ]550 CIVIL RIGHTS
[ ]555 PRISON CONDITION

FORFEITURE/PENALTY
[ ]610 AGRICULTURE
[ ]620 OTHER FOOD & DRUG
[ ]625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ]630 LIQUOR LAWS
[ ]640 RR & TRUCK
[ ]650 AIRLINE REGS
[ ]660 OCCUPATIONAL SAFETY/HEALTH
[ ]690 OTHER

LABOR
[-]710 FAIR LABOR STANDARDS ACT
[ ]720 LABOR/MGMT RELATIONS
[ ]730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ]740 RAILWAY LABOR ACT
[ ]790 OTHER LABOR LITIGATION
[ ]791 EMPL RET INC SECURITY ACT

IMMIGRATION
[ ]462 NATURALIZATION APPLICATION
[ ]463 HABEAS CORPUS- ALIEN DETAINEE
[ ]465 OTHER IMMIGRATION ACTIONS

BANKRUPTCY
[ ]422 APPEAL 28 USC 158
[ ]423 WITHDRAWAL 28 USC 157

PROPERTY RIGHTS
[ ]820 COPYRIGHTS
[ ]830 PATENT
[ ]840 TRADEMARK

SOCIAL SECURITY
[ ]861 HIA (1395ff)
[ ]862 BLACK LUNG (923)
[ ]863 DIWC/DIWW (405(g))
[ ]864 SSID TITLE XVI
[ ]865 RSI (405(g))

FEDERAL TAX SUITS
[ ]870 TAXES (U.S. Plaintiff or Defendant)
[ ]871 IRS-THIRD PARTY 26 USC 7609

OTHER STATUTES
[ ]400 STATE REAPPORTIONMENT
[ ]410 ANTITRUST
[ ]430 BANKS & BANKING
[ ]450 COMMERCE
[ ]460 DEPORTATION
[ ]470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ]480 CONSUMER CREDIT
[ ]490 CABLE/SATELLITE TV
[ ]810 SELECTIVE SERVICE
[ ]850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ]875 CUSTOMER CHALLENGE 12 USC 3410
[ ]890 OTHER STATUTORY ACTIONS
[ ]891 AGRICULTURAL ACTS
[ ]892 ECONOMIC STABILIZATION ACT
[ ]893 ENVIRONMENTAL MATTERS
[ ]894 ENERGY ALLOCATION ACT
[ ]895 FREEDOM OF INFORMATION ACT
[ ]900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ]950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ _____  OTHER _____    JUDGE BATTS    DOCKET NUMBER 08-cv-2533

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related*

*This case involves the same parties and the same business relationship between the parties.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  

| TRUCKNOLOGY, INC., | Plaintiff, |
|---|---|
| -v- | |
| ON THE MOVE, INC., | Defendant. |

Case No. _____

Rule 7.1 Statement

RECEIVED
JUL 03 2008
U.D.C.S.N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

___TRUCKNOLOGY, INC.___ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: ___7/2/08___

_____
Signature of Attorney

Attorney Bar Code: MLC9053

Form Rule7_1.pdf  SDNY Web 10/2007