COUNTY OF SOUTHERN DISTRICT OF NEW YORK                          UNITED STATES DISTRICT
COURT                    # 29653

| | | | |
|---|---|---|---|
| TRUCKNOLOGY, INC., | | Plaintiff(s) | INDEX# 08 CIV 6108 |
| | against | | Date filed 7/3/2008 |
| ON THE MOVE, INC., | | **ORIGINAL** | |
| | | Defendant(s) | |

STATE OF NEW YORK                    COUNTY OF ALBANY            81029

# SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

**ANDREW C. LIBERTY** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York.  That on **7/24/2008** at **3:00 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT**

on **ON THE MOVE, INC., Defendant** in this action.

By delivering to and leaving with **DONNA CHRISTIE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**    Description of the Recipient is as follows:

A Female with White skin, Blonde hair, who is approximately 45 years of age and has an approximate height of 5' 4" and approximate weight of 145 pounds.

Other identifying features are as follows: Glasses.

ANDREW C. LIBERTY
Process Server

State of New York
County of Albany

Sworn to before me on this 24 day of July, 2008

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualified in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

ACCU-SERV LTD - 900 MERCHANTS CONCOURSE STE 212 - WESTBURY, NY 11590 - 516-565-2228